COMMONWEALTH of Pennsylvania, Appellant

v.

Ricky L. JONES, Appellee.

Supreme Court of Pennsylvania.

Oct. 4, 2012.

### ORDER

PER CURIAM.

AND NOW, this 4th day of October, 2012, the appeal is dismissed as having been improvidently granted.

Madame Justice ORIE MELVIN did not participate in the decision of this case.

In re Nomination Papers of Margaret K. ROBERTSON for President of the United States, Erik Viker for Vice President of The United States, Rayburn Douglas Smith for United States Senator of the Commonwealth of Pennsylvania, Marakay Rogers for Attorney General of the Commonwealth of Pennsylvania, Betsy Summers for Auditor General of the Commonwealth of Pennsylvania, Betsy Summers for Auditor General of Pennsylvania, as Candidates of the Libertarian Party in the General Election of November 6, 2012.

Appeal of Judith Guise, Damon Kegerise, Anne Layng, Libertarian Party, Roy Minet, Margaret K. Robertson, Marakay Rogers, Rayburn Douglas Smith, Betsy Summers, Erik Viker.

Supreme Court of Pennsylvania.

Oct. 10, 2012.

Shauna Christine Clemmer, PA Department of State, for Bureau of Elections, Department of State.

Ronal Lee Hicks, Jr., Lawrence M. Otter, Victor Paul Stabile, Dilworth Paxson, L.L.P., for Damon Kegerise, Anne Layng, Judith Guise.

Paul Anthony Rossi, for Marakay Rogers, Libertarian Party, Roy Minet, Margaret K. Robertson, Erik Viker, Raybun Douglas Smith, Betsy Summers.

### ORDER

PER CURIAM.

AND NOW, this 10th day of October, 2012, the Order of the Commonwealth Court is REVERSED, to the extent that it ordered that the signatures unaccompanied by a designation of the year of signing must be stricken from the nomination